UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:11CV1086 FRB |
| MIDWEST BANKCENTRE, | ) |
| Defendant. | ) |

### ORDER

All parties having consented to have the proceedings in this cause determined by the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), and counsel for all parties having appeared in the cause,

**IT IS HEREBY ORDERED** that plaintiff United States of America's Unopposed Motion for Entry of Agreed Order (Doc. #2) is **GRANTED.** The separate Agreed Order, the entry of which has been consented to by all parties in this cause, is entered herewith.

**IT IS FURTHER ORDERED** that, upon the entry of the Agreed Order, the Clerk of Court shall administratively close this case for statistical purposes.  The Court shall retain jurisdiction over the cause in accordance with and for the purpose of enforcement of the terms of the Agreed Order, after which the case shall be dismissed with prejudice.

*/s/ Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this  _28th_  day of June, 2011.